# United States District Court
# For The Western District of North Carolina
# Charlotte Division

LESTER BARNETT, JR.

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            3:12-CV-664-GCM

RYAN MICHAEL YORK.

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 11, 2012 Order.

                                           Signed: October 11, 2012

                                           Frank G. Johns, Clerk
                                           United States District Court